IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  10-cr-00185-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN EMMETT STOLZ,

      Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY DAVID M. EBEL

      The Sentencing Hearing scheduled for November 1, 2010, is <u>rescheduled</u> to **November 9, 2010, at 11:00 a.m.**

      This hearing will be on the docket of Judge David M. Ebel, to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

      DATED:   October 18, 2010