**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

Courtroom Deputy: Kathleen Finney          Date: November 9, 2010
Court Reporter: Terri Lindblom
Probation Officer: Justine Kozac

Criminal Action No.   10-cr-00185-MSK-1

*Parties:*                                            *Counsel:*

UNITED STATES OF AMERICA,                    Judith A. Smith

     Plaintiff,

v.

JOHN EMMETT STOLZ,                           Michael S. Axt

     Defendant.

---

**SENTENCING MINUTES**

---

**11:10 a.m. Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody on bond.

**Change of Plea Hearing:**   August 23, 2010.

**Defendant plead guilty to Count 1 of the Information.**

Defendant sworn.

Parties received and reviewed the presentence report and addendums.

Court addresses presentence report issues.
Statements by probation officer regarding presentence report issue.
An amendment to the presentence report will be filed by Probation.

**ORDERED:**  Government's motion for an additional one level reduction in the offense level is **GRANTED**.

The Government affirmed the victims in this case were given notice of this hearing for an opportunity to speak.  No victims are present in the courtroom.  Victim letters were read into the record by the Court.

The Court addresses Defendant's Motion for Variance [Doc. No. 23, filed 10/29/2010]. Argument by Mr. Axt.  Argument by Ms. Smith.

**ORDERED:**  Defendant's Motion for Variance [Doc. 23] is **GRANTED.**

The Government, defense counsel, defendant and defendant's wife (through her daughter) were given an opportunity to make statements before sentencing.

The Court accepts defendant's plea of guilty to Count 1 of the Information and the Court accepts the plea agreement.

Comments and rulings by the Court.

The Court makes a strong judicial recommendation that defendant serve his sentence at the Federal Correctional Institution in Englewood, Colorado.   If that facility is not available for defendant, the Court recommends a secondary designation of another low security facility in Colorado or the Federal Correctional Institution in Stafford, Arizona.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count 1 to a term of imprisonment of 84 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of 7 years.

**Conditions of supervised release (or) probation:**
- (X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)     Defendant shall not commit another federal, state or local crime.
- (X)     Defendant shall not possess a firearm or destructive device.
- (X)     Defendant shall comply with the standard conditions adopted by the Court.
- (X)     Defendant shall not illegally possess controlled substances.
- (X)     Defendant shall refrain from the unlawful use of a controlled substance.
- (X)     Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X)     Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived

because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release (or) probation:**
- (X) Defendant shall participate in and successfully complete a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X) The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.
- (X) Defendant shall participate in and successfully complete an approved program of Sex Offender Evaluation and Treatment which may include polygraph, plethysmograph or Abel examination as directed by the probation officer. The defendant will be required to pay the cost of such evaluations or treatments as directed by the probation officer. The defendant shall comply with the treatment program's rules and restrictions, as specified by the treatment agency.
- (X) The probation officer is authorized to release psychological reports and/or the presentence report to the treating agency for continuity of treatment.
- (X) Defendant shall notify the probation officer of all computers and/or internet access devices to which the defendant has access.
- (X) Defendant shall submit his person and any property, house, residence, vehicle, papers, computer, or other electronic communications or data storage devices or media and effects to search at any time with or without a warrant by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person or by any probation officer in the lawful discharge of the officer's supervision functions.
- (X) Defendant shall allow the probation officer to install software or hardware designed to monitor computer activity on any computer that the defendant is authorized to use. The software may record any and all activity on the computer, including the capture of key strokes, application information, internet use history, e-mail correspondence, and chat conversations.
- (X) A notice will be placed on the computer at the time of installation to warn others of the existence of monitoring software on the computer. The defendant shall not attempt to remove, tamper with, reverse engineer or in any way circumvent the software/hardware.
- (X) Defendant shall have no unsupervised contact with minors.

**FINE:**
Fine is waived  because defendant has agreed to pay restitution as indicated.

**RESTITUTION:**
Defendant shall pay restitution to "Amy", one of the victims, in the amount of $1000.00,

due immediately.  Payment to be made to the Clerk of the U.S. District Court, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, CO 80294-3589. Payment to be in care of James Marsh, 14525 Southwest Millikan Way, No. 65135, Beaverton OR 97005.

Interest is waived.

Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.

The monthly installment payments will be calculated at least 10 percent of the defendant's gross monthly wages.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  A complete corrected copy of the presentence report shall be prepared for the Bureau of Prisons and United States Sentencing Commission.

**ORDERED:**  Any copies of the presentence report and addendums shall remain confidential according to the practice of the Court.  Counsel will be permitted access to the report if an appeal is taken.

**ORDERED:**  Bond is continued.

**ORDERED:**  Defendant shall surrender to the facility designated by the United States Bureau of Prisons at noon on Monday, January 17, 2011.

**12:24 p. m.   Court in recess.**
Hearing concluded.
Total in-court time: 01:14